**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:    In re Harley Channelview Properties, LLC

Appellate case number:    01-21-00548-CV

Trial court case number:  2020-67063

Trial court:          80th District Court of Harris County

Date motion filed:      August 23, 2022

Party filing motion:    Relator

It is ordered that relator's motion for rehearing and all outstanding motions are **denied**. The Court's stay order dated October 18, 2021 is withdrawn. Any disputes regarding suspension of the trial court's interlocutory order must be directed to the trial court.

Judge's signature: _____/s/ Sherry Radack_____
                  Acting for the Court

Panel consists of: Chief Justice Radack and Justices Countiss and Farris.

Date: _____December 20, 2022_____